JOSHUA A. FRENCH, appellant,

and

AARON CLAFLIN, respondent.

*Mr. C. H. Winfield,* for appellant.

*Mr. Jacob Weart,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor, in his opinion, in 1 *Stew.* 383.